

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>TIMOTHY M. BRODEUR,<br>    Debtor | Ch. 13<br><br>19-14359-MSH |

### Order on Motion for Relief from Stay

The Motion for Relief from Stay of U.S. Bank Trust National Association (ECF No. 53), as Trustee of the Igloo Series II Trust having come before me, due notice having been given, no objection thereto having been filed, and good cause appearing to me therefor, it is hereby ORDERED that movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. §§ 362 and 1301 for the purpose of exercising its rights under its agreements with the debtor and non-debtor co-obligor Regina L. Brodeur, including foreclosing its mortgage or accepting a deed in lieu of foreclosure, on the property located at 40 Washington Street, Plainville, Massachusetts 02762, more particularly described in the motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 6/12/2020